IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-02890-WJM-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALL MONIES ON DEPOSIT IN JP MORGAN CHASE BANK, ACCOUNT NO. 581950891 IN THE NAME OF ROCKY MOUNTAIN DIALYSIS SERVICES, LLC,

       Defendant.

_____

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and Order of Settlement entered by the Honorable Judge Martinez, the following JUDGMENT is hereby entered:

1.    That forfeiture of Defendant All Monies on Deposit in JP Morgan Chase Bank, Account No. 581950891 in the Name of Rocky Mountain Dialysis Services, LLC, which totals $39,000,000.00 ("Defendant Property"), is hereby entered in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C);

2.    That the United States shall have full and legal title as to Defendant Property and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Stipulation and Order of Settlement;

3. That the Order of Settlement shall serve as a Certificate of Reasonable Cause as to Defendant Property under 28 U.S.C. § 2465.

4. Per the parties' Stipulation and Order of Settlement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of _____January_____, 2015.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: __s/A. Lowe_____
Deputy Clerk